**Maria CERDA–BECERRA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 07–71953.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Maria Cerda–Becerra, El Monte, CA,
pro se.

Lisa Marie Arnold, Senior Litigation
Counsel, DOJ–U.S. Department of Justice,
Washington, DC, Chief Counsel Ice, Office
Of The Chief Counsel, Department of
Homeland Security, San Francisco, CA,
OIL, DOJ–U.S. Department of Justice,
Washington, DC, for Respondent.

Before: SCHROEDER, ALARCÓN,
and LEAVY, Circuit Judges.

MEMORANDUM **

Maria Cerda–Becerra, a native and cit-
izen of Mexico, petitions pro se for re-
view of the Board of Immigration Ap-
peals' order dismissing her appeal from
an immigration judge's ("IJ") decision
pretermitting her application for cancella-
tion of removal. We have jurisdiction
under 8 U.S.C. § 1252. We review de
novo questions of law and claims of due
process violations, *Mohammed v. Gon-
zales,* 400 F.3d 785, 791–92 (9th Cir.
2005), and we deny the petition for re-
view.

The IJ properly determined that Cerda–
Becerra abandoned her application for
cancellation of removal because it was not
filed by the IJ's deadline. *See* 8 C.F.R.
§ 1003.31(c) (IJ may set filing deadlines
and deem waived an application not filed
by the deadline); *see also Matter of R–R–,*
20 I. & N. Dec. 547, 549 (BIA 1992) ("The
Board has long held that applications for
benefits under the Act are properly denied
as abandoned when the alien fails to timely
file them."). It follows that Cerda–Becer-
ra's due process rights were not violated.
*See Lata v. INS,* 204 F.3d 1241, 1246 (9th
Cir.2000) (requiring error for a petitioner
to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.